In the Matter of WILLIAM DEVERY, as President of Truck Drivers and Chauffeurs Local Union No. 807, Respondent.

TRUCK DRIVERS AND CHAUFFEURS LOCAL UNION No. 807, Respondent; DANIELS & KENNEDY, INC., Appellant.

Argued February 24, 1944; decided April 6, 1944.

597

*William B. O'Connor* for appellant.
*Samuel J. Cohen* for petitioner-respondent.

Judgment affirmed, with costs; no opinion.